| | | | |
|---|---|---|---|
| Silvagni v. Shorr ... | 12/17/2015 402 EAL (2015) | Denied | Pa.Super., 113 A.3d 810 |
| Tech Met, Inc. v. Strategic Energy, LLC ............. | 12/22/2015 277 WAL (2015) | Denied | Pa.Super., 121 A.3d 1132 |
| Teletracking Tech- nologies, Inc. v. Gori ............. | 12/22/2015 355 WAL (2015) | Denied | Pa.Super., 122 A.3d 459 |
| American Civil Lib- erties Union of Pennsylvania v. City of Pittsburgh | 12/22/2015 339 WAL 2015 | Denied | Pa.Cmwlth., 116 A.3d 1189 |
| Beers v. Unemploy- ment Compensa- tion Bd. of Review | 12/22/2015 632 MAL 2015 | Denied | |
| Bocchinfuso v. State Civil Service Com'n (Dept. of Transp.) ......... | 11/24/2015 417 MAL 2015 | Denied | |
| Borough of St. Clair v. Blythe Tp. ..... | 10/28/2015 356 MAL 2015 | Denied | Pa.Cmwlth., 112 A.3d 701 |
| Burton v. Pennsylva- nia Dept. of Cor- rections .......... | 11/24/2015 310 WAL 2015 | Denied | |
| Com. v. $1,866.00 U.S. Currency; Tapp, In re ....... | 10/28/2015 557 MAL 2015 | Denied | |